UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | MAGISTRATE NO. 2:15-MJ-00404-1 |
| | § | |
| MARCOS ANOTNIO VILLARREAL; aka | § | |
| MARK ANTHONY VASQUEZ | § | |

## MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). Detention of the defendant pending trial in this case is required because there is a serious risk that the defendant will not appear.

The evidence against the defendant meets the probable cause standard. The defendant is on bond for a felony offense for alleged family violence which occurred on February 16, 2015. The defendant has not been indicted in the state case, but the case has been presented to the Hidalgo County District Attorney. A condition of any bond is the requirement not to commit other offenses while on bond. The defendant has shown an inability or unwillingness to comply with this essential rule of pretrial release. Further, the defendant has a lack of stability in his personal affairs and living arrangements and gang affiliation. In sum, the defendant is currently a poor candidate for bond. The findings and conclusions contained in the Pretrial Services Report are adopted.

The defendant is committed to the custody of the United States Marshal or his

designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

    ORDERED this 14th day of April, 2015.

                                                Jason B. Libby
                                        United States Magistrate Judge